UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC -6 AM 10:08

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | Magistrate Docket No. '07 MJ 2825 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Angel VILLEGAS-Tirado,** Defendant | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **December 5, 2007** within the Southern District of California, defendant, **Angel VILLEGAS-Tirado,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **6th** DAY OF **DECEMBER 2007**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Angel VILLEGAS-Tirado**

## PROBABLE CAUSE STATEMENT

On December 05, 2007, at approximately 8:00 a.m. Border Patrol Agents S. Brooks, B. Soto, E. Blas and A. Cacho were conducting surveillance on a residence in the 1800 block of Orange Avenue in National City, California. At about this time an individual matching the physical description of an individual later identified as the defendant **Angel VILLEGAS-Tirado** came out of the targeted residence. Agent Soto, Blas and Brook approached the defendant and identified themselves as United States Border Patrol Agents and questioned the individual as to his identity. The defendant responded that he was in fact Angel VILLEGAS-Tirado. Agent Brooks questioned the defendant as to his citizenship and immigration status. The defendant stated that he was born in Mexico and did not have any documents to remain in the United States. The defendant was arrested and transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 3, 2007** via **Laredo, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.