JAN - 3 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANGEL VILLEGAS-TIRADO, Defendant. | Criminal Case No. 08CR0031-JAH |
| | I N F O R M A T I O N |
| | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 3/3/07, within the Southern District of California, defendant ANGEL VILLEGAS-TIRADO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on November 29, 2004 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

//

CPH:es:San Diego
12/13/07

Count 2

On or about December 5, 2007, within the Southern District of California, defendant ANGEL VILLEGAS-TIRADO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on November 29, 2004 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 1/3/08.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney