AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ANGEL VILLEGAS-TIRADO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0031-JAH

I, ANGEL VILLEGAS-TIRADO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/3/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JAN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Angel Villegas
Defendant

Gary Edwards
Counsel for Defendant

Before ______________________
JUDICIAL OFFICER