UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 MAR -3 AM 10:36
FILED 2008 FEB 29 AM 11:43
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY Rm DEPUTY
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY KMH DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANGEL VILLEGAS-TIRADO,<br>Defendant. | CASE NO. 08CR0031-JAH<br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: February 27, 2008

[signature]
NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ENTERED ON ______________

I have executed within Judgment of dismissal ~~Judgement and Commitment~~ on 2/29/08

United States Marshal

By: [signature]
USMS Criminal Section